**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHANNON WILSON JONES and**
**STACY WILSON,**

    **Plaintiffs,**

v.                                                          Case No.  8:08-cv-1623-T-30EAJ

**LENNAR HOMES, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss or Strike Plaintiff's Complaint, or, Alternatively for a More Definite Statement and Incorporated Memorandum of Law (Dkt. 8) and Plaintiffs' Memorandum in Opposition thereto (Dkt. 11). The Court, having considered the motions, responses and memoranda, applicable statutes, and controlling case law, and being otherwise advised in the premises, determines that Defendant's Motion to Dismiss should be granted.

Federal Rule of Civil Procedure 10(b) directs parties to state their claims in numbered paragraphs, each limited to a single set of circumstances, and to state each occurrence in a separate count.  In the Complaint, Plaintiffs re-allege all preceding paragraphs in Counts II and III.  By doing so, they re-allege all preceding counts as well, which constitutes improper pleading under Rule 10(b).  Failure to comply with Rule 10(b) warrants dismissal and leave to file an amended complaint.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. 8) is **GRANTED**. Plaintiffs' Complaint is DISMISSED without prejudice.

2. Plaintiffs may amend their Complaint within twenty (20) days of the date hereof. Failure to do so will result in the dismissal of their claims with prejudice, and the closure of this case without further notice.

**DONE** and **ORDERED** in Tampa, Florida on October 16, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1623.mtd improper pleading.frm