# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SHANNON WILSON JONES, et al.,**

    Plaintiffs,

v.                                Case No. 8:08-cv-1623-T-30EAJ

**LENNAR HOMES, INC., et al.,**

    Defendants.
_____/

## ORDER

Lennar Corporation's ("Lennar Corp.") Moves to dismiss or strike Count V of SCC-Canyon II, LLC's ("SCC-Canyon") Crossclaim, or alternatively, for a more definite statement. Lennar Corp. argues that Count V of the Crossclaim is a shotgun pleading because it incorporates and re-alleges all of the allegations in the preceding causes of action. Count V alleges a breach of a joinder agreement based on the alleged breaches of other agreements between SCC-Canyon and Lennar Corp.'s subsidiary Lennar Homes, Inc., which allegations make up Counts I-IV. It appears that Count V is superfluous as the allegations in Counts I-IV are also against Lennar Corp. based on the joinder agreement. However, Count V is not a shotgun pleading.

It is therefore ORDERED AND ADJUDGED that:

1. Lennar Corporation's Motion to Dismiss or Strike Count V of SCC-Canyon II, LLC's Crossclaim, or Alternatively, for a More Definite Statement (Dkt. 63) is **DENIED**.

2. Lennar Corporation shall file an answer to Count V within **seven (7) days** of this Order.

3. Lennar Corporation's Motion to Dismiss or Strike Count V of SCC-Canyon's Counterclaim, or Alternatively for a More Definite Statement (Dkt. 52) is **DENIED as moot**.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1623.mtd 63.frm